DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUIS BAEZ,**
Appellant,

v.

**ODAN VILLEGAS ORTEGA,**
Appellee.

No. 4D2023-0584

[January 25, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen McHugh, Judge; L.T. Case No. 22-41959 COCE.

Luis Baez, Miami, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***